**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| | : **CRIMINAL ACTION FILE** |
| VS. | : **NO. 7:06-CR-16 (HL)** |
| | : |
| **ANTWAN PEARL,** | : |
| | : |
| **Defendant.** | : |

**O R D E R**

Defendant has moved the court for a reduction in his bond which was set at TWENTY-FIVE THOUSAND AND N0/100 DOLLARS ($25,000.00) secured by a cash deposit of TEN PER CENT of that amount at his initial appearance on or about September 1, 2006. At the request of the court, Assistant United States Attorney Verda Colvin has confirmed that there is an outstanding State court probation violation warrant for this defendant which acts as a detainer and which will prevent his release from custody. Defendant's motion is therefore **DENIED** without prejudice to his right to re-file same in the event the probation violation warrant is withdrawn.

SO ORDERED, this 27th day of October 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE